# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DISTRICT OF ST. THOMAS AND ST. JOHN

****************

| | |
|---|---|
| **LEANA REVOCK, Executrix of the Estate of BARBARA WALTERS,** ) | **CIVIL NO. 12-00024** |
| ) | |
| Plaintiff, ) | Action for: Housing Discrimination; Discrimination Based on Disability; Negligent Infliction of Emotional Distress Intentional Infliction of Emotional Distress; Punitive Damages; and Injunctive and Declaratory Judgment |
| ) | |
| v. ) | |
| ) | |
| **COWPET BAY WEST CONDOMINIUM ASSOCIATION: THE BOARD OF THE COWPET BAY WEST CONDOMINIUM ASSOCIATION; ED WARDWELL, MAX HARCOURT; BILL CANFIELD, ROSIE WELLS, SHARON KOEHLER, DOUG REBAK and HERB HORWITZ as Board members; MAX HARCOURT, in his personal capacity; LANCE TALKINGTON; ALFRED FELICE, ROBERT COCKAYNE, and VINCENT VERDIRAMO** ) | |
| ) | **JURY TRIAL DEMAND** |
| Defendants. ) | |

## MOTION TO SUBSTITUTE THE ESTATE OF ALFRED J. FELICE AS THE PERSONAL REPRESENTATIVE AND/OR SUCCESSOR IN INTEREST TO ALFRED FELICE

**COME NOW** Plaintiff, **LIANA REVOCK, Executrix of the Estate of BARBARA WALTERS** ("Walters"), by and through her undersigned counsel, **LAW OFFICES OF KARIN A. BENTZ, P.C.**, (Karin A. Bentz, Esq.), and pursuant to Rule 25 of the Federal Rules of Civil Procedure here files her Motion to Substitute the Estate of the Deceased Defendant Alfred Felice as the representative, and successor in interest, to Defendant Alfred Felice ("Felice").

To support her Motion, Plaintiff states Felice died on May 25, 2012. A notice of death was filed on June 1, 2012. A Petition for Temporary and Limited Administration in Estate of Alfred J. Felice, in the Surrogates Court for the State of New York, County of Nassau was filed by Plaintiff. Today, the Clerk issued the Case No. 2020-361, for the matter captioned

Case: 3:12-cv-00024-RAM-RM   Document #: 301   Filed: 01/31/20   Page 2 of 3

*Liana Revock v. Cowpet Bay West Condominium Assoc., et al.*   Civil No. 12-00024
Motion to Substitute Estate of Alfred Felice   Page 2

ADMINISTRATION PROCEEDING, Estate of ALFRED J. FELICE a/k/a/ ALFRED FELICE, Deceased. See attached email from Lissett C. Ferreira, counsel for Liana J. Revock dated today as Exhibit 1. Plaintiff was advised that there would be a delay in the issuance of the case number as the Clerk's office was backed up due to a move. Plaintiff has been advised that the Administrator of that Estate can administer the settlements and or judgments for both Plaintiffs, Barbara Walters and Judith Kromenhoek. A copy of the dated stamped Petition and papers are attached hereto as Exhibit 2.

Both Plaintiffs, Estate of Barbara Walters, and Judith Kromenhoek, had to go to the expense of obtaining counsel in New York State after obtaining a copy of the death certificate of Alfred Felice, searching for the heirs of Mr. Felice, and obtaining an administrator, having obtained no cooperation from the Felice heirs.

As the court is aware, Alfred Felice, has counsel, Ryan Meade, Esquire. In addition, the deceased filed a *pro se* answer before his death. This motion will in no way prejudice the heirs of Alfred Felice or their counsel who has appeared for status conferences, oral arguments before the Third Circuit and filed briefs in this matter.

**WHEREFORE**, for the foregoing reasons, Plaintiff, pray this Court grants her motion and substitute the Estate of Alfred J. Felice as the personal representative and/or successor in interest to Alfred Felice.

Respectfully Submitted,

**LAW OFFICES OF KARIN A. BENTZ, P.C.**

Dated: January 31, 2020   /s/ Karin A. Bentz
**Karin A. Bentz, Esq. (V.I. Bar No. 413)**
7605 Bonne Resolution
St. Thomas, VI 00802-6309
Telephone: 340-774-2669
Email: kbentz@virginlaw.com

*Liana Revock  v. Cowpet Bay West Condominium Assoc., et al.*   Civil No. 12-00024
Motion to Substitute Estate of Alfred Felice                     Page 3

# **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the filing and service of the foregoing with the Clerk of the District Court of the Virgin Islands using the CM/ECF system, which will provide electronic notice by email to the following.

    Richard P. Farrelly, Esq.
    Birch de Jongh & Hindels, PLLC
    1330 Taarneberg
    St. Thomas, VI 00802
    E-mail: rfarrelly@bdhlawvi.com

    Kyle T. Berglin, Esq.
    Boyd Richards Parker & Colonnelli, P.L.
    100 S.E. Second Street, Suite 2600
    Miami, FL 33131
    kberglin@boydlaw.group.com

    John Benham, III, Esq.
    The Law Office of John H. Benham P.C.
    P. O. Box 11720
    St. Thomas, VI 00801
    E-mail: jhbenham@wattsbenham.com

    Ryan S. Meade, Esq.
    Quintairos, Prieto, Wood and Boyce, P.A.
    9300 South Dadeland Blvd., 4th Floor
    Miami, FL 33156
    E-mail: rmeade@qpwblaw.com

                                                         /s/ Karin A. Bentz